HEATHER E. WILLIAMS, #122664
Federal Defender
ALEXANDRA P. NEGIN, #250375
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Lexi_Negin@fd.org

Attorney for Defendant
RUDOLPH HALL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:06-cr-057 MCE |
|---|---|
| Plaintiff, | ) |
| vs. | ) Date: July 29, 2014 |
|  | ) Time: 2:00 pm |
| RUDOLPH DEANDRE HALL, | ) |
| Defendant. | ) |

The parties hereby stipulate and request that the Court continue the preliminary hearing scheduled for July 24, 2014, at 2:00 p.m. to July 29, 2014, at 2:00 p.m., before the duty magistrate judge.

Counsel requires additional time in preparation for the preliminary hearing.

The parties agree that the above reason constitute good cause to extend the time for preliminary hearing under Fed. R. Crim. P. 5.1. The parties stipulate that the ends of justice served by granting Mr. Hall's request for a continuance outweigh the best interest of the public and Mr. Hall in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

/ / /

/ / /

/ / /

Dated:  July 24, 2014

                      HEATHER E. WILLIAMS
                      Federal Defender


*/s/ LEXI P. NEGIN*
LEXI P. NEGIN
Assistant Federal Defender
Attorney for Defendant
RUDOLPH HALL


Dated: July 24, 2014                   BENJAMIN B. WAGNER
                      United States Attorney

*/s/ Lexi P. Negin for Sherry Haus*
SHERRY HAUS
Assistant U.S. Attorney

## **O R D E R**

Finding good cause, the Court orders the preliminary hearing continued to July 29, 2014, at 2:00 p.m., before the duty magistrate judge and, time excluded as set forth above for the reasons set forth above. The Court finds that the ends of justice served by granting Mr. Hall's request for a continuance outweigh the best interest of the public and Mr. Hall in a speedy trial.

IT IS SO ORDERED.


Dated:  July 24, 2014

                                            KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE