```
HEATHER E. WILLIAMS, #122664
Federal Defender
ALEXANDRA P. NEGIN, #250375
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Lexi_Negin@fd.org


Attorney for Defendant
RUDOLPH HALL
```

**FILED**
JUL 29 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RUDOLPH DEANDRE HALL,<br><br>　　　　　Defendant. | Case No. 2:06-cr-057 MCE<br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER TO VACATE PRELIMINARY HEARING AND SET FOR ADMIT/DENY HEARING<br><br>Date: August 21, 2014<br>Time: 9:00 am<br>Jude: Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between the plaintiff United States, through its undersigned counsel, Sherry Haus, and the defendant Rudolph Deandre Hall, through his undersigned counsel, Assistant Federal Defender, Lexi P. Negin, that the defendant knowingly waives his right to a preliminary hearing pursuant to Fed.R.Crim.P. 32.1(b)(1) and that the preliminary hearing in this case now set for July 29, 2014 at 2:00 p.m. should be vacated.

The parties agree this case should be set for admission or denial on the supervised release violation petition before Chief Judge Morrison C. England, Jr. on August 21, 2014 at 9:00 a.m.

Dated: July 24, 2014

　　　　　　　　　　　　　　　　　　　　　HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　　　　　　　*/s/ LEXI P. NEGIN*
　　　　　　　　　　　　　　　　　　　　　LEXI P. NEGIN
　　　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　RUDOLPH HALL

*U.S. v. Hall, 06-cr-057 MCE*

1  Dated: July 24, 2014                    BENJAMIN B. WAGNER
                                           United States Attorney

                                           /s/ Lexi P. Negin for Sherry Haus
                                           SHERRY HAUS
                                           Assistant U.S. Attorney

## ORDER

Based on the reasons set forth in the stipulation of the parties filed on July 28, 2014, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the preliminary hearing currently scheduled for Tuesday, July 29, 2014 at 2:00 p.m. is vacated. An admission or denial hearing on the supervised release violation petition is set for August 21, 2014 at 9:00 a.m.

DATED: July 29, 2014

_____
Hon. Dale A. Drozd
United States Magistrate Court Judge